IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **RODOLFO ALVAREZ MEDRANO**<br>Petitioner, | § § § | |
| -VS- | § § | NO. 7:17-CV-69 |
| **LORIE DAVIS, Director, Texas Department of Criminal Justice, Institutional Division,**<br>Respondent. | § § § § § § | |

## ORDER

The Petitioner's motion for appointment of counsel having been heard and duly considered, it is hereby GRANTED, and ORDERED that:

Sheri Lynn Johnson and Oscar Alvarvez are appointed to represent Mr. Medrano for purposes of preparing, filing, and litigating an application for a post-conviction writ of habeas corpus.

Signed this \_\_\_\_ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE