UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RODOLFO MEDRANO, § § Petitioner, § VS. § LORIE DAVIS, § § Respondent. § | CIVIL ACTION NO. 7:17-CV-69 |

## **ORDER**

On this day came on to be considered Petitioner's Unopposed Motion to Extend Time to File an Application in State Court Due to Declared State of Emergency.[1] The Court, after considering said motion, the record in this case and the state of emergency, is of the opinion that the same should be granted.

Accordingly, Petitioner shall have 30 days after Governor Greg Abbott lifts the state of emergency to file his state court application.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 18th day of March, 2020.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 46.